UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose PAZ MOLINA,<br><br>                              Petitioner,<br><br>v.<br><br>Christopher LaROSE, et al.,<br><br>                             Respondents. | Case No.: 25-cv-3629-AGS-MMP<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

    Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner "is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 6, at 2.) The Court agrees. Accordingly, the habeas application is **GRANTED**.

    All pending deadlines and hearings before this Court are vacated, and all pending motions are denied as moot. Respondents must provide petitioner with a bond hearing before an immigration judge by **January 2, 2026**.

Dated:  December 23, 2025

                                                    Hon. Andrew G. Schopler
                                                    United States District Judge